**ORIGINAL**
IN THE SUPREME COURT OF THE STATE OF MONTANA

**FILED**

01/08/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0733

OP 24-0733

**FILED**

JAN - 8 2025

Bowen Greenwood
Clerk of Supreme Court
State of Montana

MONTANA DEPARTMENT OF PUBLIC
HEALTH AND HUMAN SERVICES,

Petitioner,

v.

MONTANA EIGHTH JUDICIAL DISTRICT
COURT, CASCADE COUNTY, HONORABLE
JOHN W. PARKER, Presiding,

Respondent.

**ORDER**

Petitioner Montana Department of Public Health and Human Services (DPHHS) seeks a writ of supervisory control to vacate the December 3, 2024 Order Resetting Review Hearing on Defendant's Fitness to Proceed of the Eighth Judicial District Court, Cascade County, in Cause No. DDC-24-253, to the extent that the court ordered the in-person appearance of Charles T. Brereton, Director of DPHHS, at a December 18, 2024 review hearing.

In its petition, DPHHS asserts that it attempted to satisfy the District Court's request for testimony from DPHHS by offering Dr. Kevin S. Flanigan, CEO and Chief Administrator of Montana State Hospital, as an alternate witness, but the court did not rule upon the motion as of December 16, 2024, when DPHHS filed this petition. At DPHHS's request, we stayed the District Court matter pending the resolution of this petition. We also granted the District Court, the Cascade County Attorney, and Defendant Gregory Andrew LaPlant opportunity to respond in accordance with M. R. App. P. 14(7).

In his response to DPHHS's petition, Judge Parker advises us that he subsequently granted DPHHS's motion to allow Dr. Flanigan to appear as an alternate witness to Brereton, with leave to appear via Zoom, and that he has reset the hearing to January 15, 2025. As this ruling resolves the dispute underlying DPHHS's petition, the petition is now moot.

IT IS THEREFORE ORDERED that the petition for a writ of supervisory control is DENIED and DISMISSED as MOOT.

The Clerk is directed to provide immediate notice of this Order to counsel for Petitioner, all counsel of record in the Eighth Judicial District Court, Cascade County, Cause No. DDC-24-253, and the Honorable John W. Parker, presiding.

DATED this 8th day of January, 2025.

_____
Chief Justice

_____

_____

_____

_____
Justices

2